UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Denise Payne, )
and National Alliance for Accessibility, Inc., )
 )
                 Plaintiffs, )
 )
   v. )   **JUDGMENT**
 )
Waffle House, Inc., )   No. 5:12-CV-402-D
                 Defendant. )
 )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss is GRANTED and Defendant's motion to strike is DENIED AS MOOT.

**This judgment filed and entered on January 11, 2013, and served on:**

Jacqueline Yvonne London (Via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog (Via CM/ECF Notice of Electronic Filing)

January 11, 2013                          /s/ Julie A. Richards,
                                                          Clerk of Court